UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
    )
vs.    )    NO.  00-30036-MAP
    )
CARMINE MANZI    )

## MOTION TO DISCHARGE MORTGAGE

Now comes the Defendant in the above-entitled indictment and respectfully requests this Honorable Court to discharge a mortgage appearing in the Hampden County Registry of Deeds, Document No. 137,805 noted on Certificate of Title No. 34217, said mortgage pledged to guarantee all conditions of his bond, and as his basis, therefore, asserts the following;

All conditions of Defendant's bond have been satisfied, the Defendant's sentence has been served in full and the Defendant has been discharged.


THE DEFENDANT
BY: /s/ Vincent A. Bongiorni, Esq.
95 State Street – Suite 309
Springfield, MA 01103
(413) 732-0222
BBO #049040


CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, 300 State Street, Springfield, MA 01115 this 2 day of November 2011.

/s/ Vincent A. Bongiorni