**THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS,** holder of a mortgage

on real estate situated at **225 Millbrook Drive, East Longmeadow, MA**

from **GIULIA MANZI** (Mortgagor)

to it, dated **December 20, 2000** filed with

HAMPDEN COUNTY DISTRICT REGISTRY OF THE LAND COURT AS
DOCUMENT NO. 137,805 noted on CERTIFICATE OF TITLE NO. 34217;

acknowledges satisfaction of the same, and hereby orders that said mortgage be and hereby is
discharged.

By the Court ( _Woodlock, DJ_ ) this **2nd** day of _November_ , 2011.

> **THE UNITED STATES DISTRICT COURT
> FOR THE DISTRICT OF MASSACHSUETTS**
>
> SARAH A THORNTON, Clerk
>
> By _John C. Stuckenbruck_
>      _Deputy Clerk_

### COMMONWEALTH OF MASSACHUSETTS

Hampden, ss.

On this **2nd** day of _November_ , 2011, before me, the undersigned notary public,
personally appeared _John C. Stuckenbruck_ , as _Deputy Clerk_ of
**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**
and proved to me through satisfactory evidence of identification, which was
_personally known_ , to be the person whose name is signed on the preceding
or attached document, and acknowledged to me that he/she signed voluntarily for its stated purpose.

_Alice Moran_

Notary Public:
My Commission Expires: _Apr 13, 2012_

[D:Real Estate\MANZI Discharge]



ALICE MORAN
Notary Public
Commonwealth of Massachusetts
My Commission Expires Apr 13, 2012